

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00476-CV

**IN THE INTEREST OF A.R.R.**, a Child

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 18-05-24951-CV
Honorable Cathy Morris, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of court for this appeal are taxed against Appellant.

SIGNED December 27, 2019.

_____
Patricia O. Alvarez, Justice